IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03329-MJW

REBECCA HILL,

Plaintiff,

v.

A & D AUTOMATIC GATE & ACCESS, INC. and
ARTHUR DOUGLAS HIRD, JR.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      Pursuant to the Stipulation for Dismissal with Prejudice (Docket No. 26), it is hereby ORDERED that all claims by Plaintiff, Rebecca Hill against Defendants, A&D Automatic Gate Co. (wrongfully identified as A&D Automatic Gate & Access, Inc.) and Arthur Douglas Hird, Jr., are dismissed with prejudice, each party will pay its own attorney fees and costs incurred.  The Clerk is directed to close this matter.

Date: November 13, 2013